UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 09-23129-CV-LENARD/TURNOFF

In the matter of the Complaint of
FLORIDA KEYS SAILBOAT
PARTNERS, INC., as owner of
a model year 196 40' Beneteau
Oceanis, bearing Hull
Identification No: BEY6415OH596,
for Exoneration from or
Limitation of Liability,

    Petitioner.

_____/

## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default Judgment **[D.E. 20]**, and an Order of Referral entered by the Honorable Joan A. Lenard on January 4, 2010. **[D.E. 24]**.

A hearing on the Motion **[D.E. 20]** was held before the undersigned on Wednesday, February 10, 2010. Upon review of the Motion **[D.E. 20]**, the court file, hearing argument from counsel for Petitioner,[1] and being otherwise duly advised in the premises, the undersigned makes the following findings.

### Background

This case arises out of a marine accident that took place on March 14, 2009. A Complaint for Exoneration from [or] Limitation of Liability was filed by Florida Keys Sailboat Partners, Inc. ("Petitioner") on October 19, 2009. **[D.E. 1]**. Petitioner is the owner of the vessel "Take Five,"

---

[1] As of the date of this Report and Recommendation, there has been no response filed in opposition. Further, no one appeared at the hearing to oppose the Motion.

a 1996 40' Beneteau Oceanis. The "Take Five" was being operated by one Richard Chanin along the navigable waters of Biscayne Bay when it collided into another vessel – the "Giggling Dolphins." The owners of the Giggling Dolphins, Sue and Jack David, were onboard their vessel at the time. They have since filed a Claim for personal injury and property damage in this action **[D.E. 16 ]** in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. See Case No 09-72797 (CA 23).

Upon information and belief, the following individuals were also onboard the Giggling Dolphins at the time of the accident: Elizabeth Balbin, Jo Ann Mathieu, Marvin Schenker, Francisco Calvet, Jaime Ramon, Jaime Ramon, Jr., and Cooper Brainard, Jr. **[D.E. 1]**. None of these individuals have made an appearance in this litigation.

### Judge Lenard's Monition and Injunction Order

On November 12, 2009, the Honorable Joan A. Lenard entered a Monition and Injunction that included an interim stipulated value in the amount of $106,800.00 with six percent (6%) interest per year for two (2) years in the sum of $12,816.00 for a total of $119,616.00. **[D.E. 8]**.

Judge Lenard's Order specifically commands all persons claiming damages arising out of the above -noted marine accident,

> to appear before [the Court] and to file their claims with the Clerk of this Court in writing and under oath, and to serve copies thereof upon RICHARD J. McALPIN, ESQ. of McALPIN & CONROY, P.A., Attorneys for Petitioner, 80 S.W. 8th Street, Suite 2805, Miami, Florida 3330, **on or before December 16, 2009**, and if such persons or their personal representatives shall desire to contest the claims of Petitioner, to file an Answer to said Complaint <u>on or before said date</u>, or within such further time as this Court may grant . . . .

See Monition and Injunction **[D.E. 8]** (emphasis added).

Consistent with Judge Lenard's Order, Petitioner published the Court's approved notice in

the Miami Daily Business Review for four (4) consecutive weeks. Petitioner has duly filed its Notice regarding same with the Clerk of Court. **[D.E. 14-1]**. As noted above, to date only Sue and Jack David have filed an Answer/Claim.

### Recommendation

In light of the fact that the court ordered deadline for filing claims has passed and no one other than Sue and Jack David have appeared in this litigation, it is hereby **RESPECTFULLY RECOMMENDED** that Petitioner's Motion **[D.E. 20]** be **GRANTED**, and that a **DEFAULT JUDGMENT** be entered against any and all persons/entities who may have a claim against Petitioner arising from the marine accident described in the instant Complaint for Exoneration or Limitation, but who have failed to timely appear and/or file an Answer and/or Claim.

Pursuant to Local Magistrate Rule 4 (b), the parties have fourteen (14) days from service of this Report and Recommendation to serve and file written objections, if any, with the Honorable Joan A. Lenard, United States District Court Judge. Failure to file timely objections shall bar the parties from attacking on appeal the factual findings contained herein. Loconte v. Dugger, 847 F. 2d 745 (11th Cir. 1998); cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F. 2d 1144, 1149 (11th Cir. 1993).

**RESPECTFULLY RECOMMENDED** in Chambers at Miami, Florida on this 16th day of February 2010.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

cc:   Hon. Joan A. Lenard
      Counsel of Record