UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-23129-CIV-LENARD/TURNOFF
IN ADMIRALTY

**In the matter of the complaint of
FLORIDA KEYS SAILBOAT
PARTNERS, INC., as owner of a
model year 1996 40' Beneteau
Oceanis, bearing Hull Identification
No.: BEY6415OH596, for
Exoneration from or Limitation of
Liability,**

                    **Petitioner**.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE (D.E. 38) AND GRANTING PETITIONER'S MOTION FOR ENTRY OF DEFAULT JUDGMENT (D.E. 20)

This Cause is before the Court on the Report and Recommendation ("Report," D.E. 38), issued by the Magistrate Judge on February 16, 2010, and Petitioner's Motion for Entry of Default Judgment ("Motion," D.E. 20), filed on December 22, 2009. After holding a hearing regarding Petitioner's Motion on February 10, 2010, and after no response was filed to the Motion, the Magistrate Judge recommends the Motion be granted and default judgment be entered against all persons/entities who may have a claim against Petitioner arising from the marine accident described in the Complaint for Exoneration or Limitation of Liability, but who have failed to timely appear and/or file an Answer and/or Claim. The Report further provided the Parties with fourteen days to file objections, if any, to the Report. As of the date of this Order, no objections have been filed. Failure to timely file objections shall bar the

parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report and Recommendation of the Magistrate Judge (D.E. 38), issued on February 16, 2010, is **ADOPTED**;

2. Default judgment is **ENTERED** against all persons/entities who may have a claim against Petitioner arising from the marine accident described in the Complaint for Exoneration or Limitation of Liability, but who have failed to timely appear and/or file an Answer and/or Claim.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of March, 2010.

_____
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**